Michael A. Sweet (Bar No. 184345)
msweet@foxrothschild.com
Dale L. Bratton (Bar No. 124328)
dbratton@foxrothschild.com
FOX ROTHSCHILD LLP
345 California , Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436

Attorneys for Plaintiff Debtor
PALM DRIVE HEALTH CARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>PALM DRIVE HEALTH CARE DISTRICT,<br><br>Debtor. | Case No.: 14-10510-CN<br><br>Chapter 9 |
| PALM DRIVE HEALTH CARE DISTRICT,<br><br>Plaintiff,<br>vs.<br>ALERE NORTH AMERICA,<br><br>Defendant. | Adv. Proc. No. 16-01062<br><br>**NOTICE OF ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT ALERE** |

**PLEASE TAKE NOTICE** that the Court has entered the attached Judgment by Default against Defendant Alere on April 27, 2018.

Dated: April 27, 2018

                                              FOX ROTHSCHILD LLP

                                              By: */s/ Michael A. Sweet*
                                                    Michael A Sweet



1  Michael A. Sweet (Bar No. 184345)
   msweet@foxrothschild.com
2  Dale L. Bratton (Bar No. 124328)
   dbratton@foxrothschild.com
3  FOX ROTHSCHILD LLP
   345 California , Suite 2200
4  San Francisco, CA 94104-2670
   Telephone:     415.364.5540
5  Facsimile:     415.391.4436

6  Attorneys for Plaintiff Debtor
   PALM DRIVE HEALTH CARE DISTRICT

The following constitutes
the order of the court. Signed April 27, 2018

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>PALM DRIVE HEALTH CARE DISTRICT,<br><br>        Debtor. | Case No.: 14-10510-CN<br><br>Chapter 9 |
| PALM DRIVE HEALTH CARE DISTRICT,<br><br>        Plaintiff,<br>vs.<br>ALERE NORTH AMERICA,<br><br>        Defendant. | Adv. Proc. No. 16-01062<br><br>**JUDGMENT BY DEFAULT AGAINST DEFENDANT ALERE** |

      WHEREAS, the Complaint and Alias Summons in the above-entitled adversary proceeding were duly filed and served by plaintiff Palm Drive Health Care District ("Palm Drive") on defendant Alere North America, Inc. ("Alere"), and

      WHEREAS, Alere has not timely answered or otherwise responded to the Complaint and Alias Summons; and

      WHEREAS, an Entry of Default by Clerk and Notice Thereon was duly entered in this action by the Clerk of the Court on January 9, 2017, and notice thereof given by the Clerk on January 11, 2017; and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is granted in favor of Palm Drive against Alere for recovery under Section 550 of the Bankruptcy Code the sum of 15,585.67 in avoided preferential transfers; and
2. Palm Drive is awarded its costs of suit in the amount of $350.00; and
3. Pursuant to Bankruptcy Code § 502(d) any and all claims of defendant Alere and/or its assignee(s) in the bankruptcy case of Palm Drive are hereby disallowed until such time as Alere pays to Palm Drive an amount equal to the aggregate of the awards in paras. 1 and 2 preceding of this Judgment; and
4. Pursuant to Bankruptcy Code § 502(j) any and all claims of defendant Alere and/or its assignee(s) in the bankruptcy case of Palm Drive previously allowed or deemed allowed are hereby reconsidered and disallowed until such time as Alere pays to Palm Drive an amount equal to the aggregate of the awards in paras 2 and 2 preceding of this Judgment.

*** IT IS SO ORDERED ***